JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SALLY BEAUTY SUPPLY LLC, a Virginia limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07826-FLA (GJSx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a) [DKT. 27]**<br><br>Complaint Filed: September 30, 2021<br>Trial Date: June 20, 2023 |

On May 9, 2022, the Parties filed a Joint Stipulation to Dismiss Case with Prejudice Pursuant to Fed. R. Civ. P. 41(a) ("Stipulation").  Dkt. 27.  Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the Stipulation and ORDERS as follows:

1. All dates and deadlines governing this action are VACATED.
2. Plaintiff Thuy Thanh Alonzo's ("Plaintiff") individual claims are DISMISSED with prejudice in their entirety.
3. Plaintiff's class claims are DISMISSED without prejudice as to the absent putative class members.
4. Each party shall bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: May 11, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge